HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK RADFORD and MARK PRUDELL, | CASE No. C10-812 RAJ |
| Plaintiffs, | [PROPOSED] ORDER GRANTING |
| vs. | PLAINTIFFS' MOTION FOR |
| | SANCTIONS FOR DEFENDANTS' |
| TELEKENEX, INC., et al, | FAILURE TO TIMELY FILE |
| | CORPORATE DISCLOSURE |
| Defendants. | STATEMENT PURSUANT |
| | TO FRCP 7.1 |

WHEREAS, the Court having considered Plaintiffs' Motion for Sanctions for Defendants' Failure to Timely File Corporate Disclosure Statement Pursuant to FRCP 7.1, all accompanying documents, and the records and files herein, IT IS HEREBY ORDERED that:

    1)    Plaintiff's Motion for Sanctions is GRANTED;

    2)    The Court imposes the following sanctions:

        a)

        b)

        c)

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR SANCTIONS
FOR DEFENDANTS' FAILURE TO TIMELY
FILE CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FRCP 7.1---- 1

HEYRICH KALISH MCGUIGAN PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

DATED this _____ day of _____ , 2011.


_____
THE HONORABLE RICHARD A. JONES


Presented by:


By /s/ Patrick L. McGuigan_____
Patrick L. McGuigan, WSBA#28897
**HEYRICH KALISH MCGUIGAN PLLC**
1325 Fourth Avenue, Suite 540
Seattle, WA 98101
(206) 838-2504
 @hkmlegal.com
*Attorneys for Plaintiffs*

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR SANCTIONS
FOR DEFENDANTS' FAILURE TO TIMELY
FILE CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FRCP 7.1---- 2